BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
JASON HITT
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>           v.<br><br>PING SHERRY CHAN,<br><br>                    Defendant. | CASE NO. S-96-00350-WBS<br><br>ORDER GRANTING GOVERNMENT'S REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO COURT'S ORDER TO SHOW CAUSE |

    Good cause having been shown, IT IS HEREBY ORDERED that the Government's request for an extension of time to respond to the Court's Order to Show Cause IS GRANTED. The government shall file its response no later than April 19, 2014.

Dated: February 21, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING EXTENSION OF TIME         1